■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE MARRAZZO, Appellant. [639 NYS2d 88]

We reject the defendant's contention that the court erred by refusing to instruct the jury on the defense of justification pursuant to Penal Law § 35.20. The evidence adduced at trial, when viewed in a light most favorable to the defense (*see, People v Padgett,* 60 NY2d 142; *People v Watts,* 57 NY2d 299), did not support the defendant's claim that he shot the victim while the victim was committing or attempting to commit burglary or arson upon his premises (*see,* Penal Law § 35.20; *People v Bertone,* 213 AD2d 417; *see also, People v Goetz,* 68 NY2d 96).

The defendant's remaining contentions are either improperly raised on appeal (*see, People v O'Connor,* 126 AD2d 676), or without merit (*see, People v Byrnes,* 33 NY2d 343; *People v Brooks,* 184 AD2d 274). Bracken, J. P., Rosenblatt, Miller and Friedmann, JJ., concur.